MAXIMOVICH v. HIGHLAND PARK STATE BANK.

This case is controlled by *Cechanowicz* v. *Bank, ante*, 37.

Error to Wayne; Webster (Arthur), J.     Submitted June 12, 1923.     (Docket No. 134.)     Decided July 19, 1923.

Assumpsit by Samuel Maximovich against the Highland Park State Bank for money paid to defendant to be deposited for plaintiff in a foreign bank.   Judgment for plaintiff *non obstante veredicto* for nominal damages only.   He brings error.   Reversed and remanded.

*Harry J. Lippman (Ralph W. Liddy,* of counsel), for appellant.

*Anderson, Wilcox, Lacy & Lawson (C. J. Huddleston,* of counsel), for appellee.

FELLOWS, J.     This case is similar to the case of *Cechanowicz* v. *Highland Park State Bank, ante,* 37. In the trial court it took the same course as did that case.   The same questions are here raised and discussed as were raised and discussed in that case. The instant case is controlled by the opinion in that case.

The judgment will be reversed and the case remanded with direction to enter judgment on the verdict.   Plaintiff will have costs.

WIEST, C. J., and MCDONALD, CLARK, BIRD, SHARPE, MOORE, and STEERE, JJ., concurred.